**Electronically Filed
Supreme Court
SCWC-29792
29-JUL-2011
02:07 PM**

SCWC-29792

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI ,
Respondent/Plaintiff-Appellee,

vs.

JASON KIESE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 09-1-1136)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

Petitioner/Defendant-Appellant Jason Kiese's application for writ of certiorari, filed on June 15, 2011, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 29, 2011.

---

[1] Considered by: Recktenwald, C.J., Acoba, Duffy, and McKenna, JJ.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



Taryn R. Tomasa, Deputy Public Defender
for Petitioner/Defendant-Appellant.